UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

T.J. HARKINS,

                Plaintiff,

-against-

M.V. "CMA CGM ELBE",
her engines, boilers, etc.,

-and against-

MARITIME FREIGHT AMERICA CORP. and
CHINA SHIPPING CONTAINER LINES
CO., LTD.,

                Defendants.

----------------------------------------------------------X

JUDGE BATTS

RULE 7.1 STATEMENT

07 CIV.



07 CIV 8429

RECEIVED
SEP 28 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

Dated: New York, New York
        September 24, 2007

                                                William R. Connor III (WC-4631)

c:\documents and settings\etta\my documents\etta\wrconnor\64-07-857\rule 7-1 form 092407.doc