```
USDC SDNY
DOCUMENT    BATTS
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

T.J. HARKINS,

                Plaintiff,

    -against-                      **VOLUNTARY DISMISSAL**

M/V "CMA CGM ELBE", her engines, boilers, etc.
and MARITIME FREIGHT AMERICA CORP.      07 CV 8429 (DAB)
and CHINA SHIPPING CONTAINER LINES
CO., LTD.

                Defendants.
------------------------------------------------------------X

    The above-entitled action having been settled in the amount of $5,000.00 and their having been no appearance on behalf of defendant, NOW

    On the annexed consent and on motion of McDERMOTT & RADZIK, LLP., attorneys for plaintiff, it is Stipulated,

    That this action be and the same is hereby voluntarily discontinued, with prejudice pursuant to F.R.C.P. 41(a)(1).

Dated: New York, New York
        May 30, 2008

                              **SO ORDERED:**

                              *Deborah A. Batts*
                              U.S.D.J.    6/2/08

**CONSENT:**

Consent is hereby given to the entry of the foregoing Order.

Dated: New York, New York
        May 30, 2008

                              McDERMOTT & RADZIK, LLP
                              Attorneys for Plaintiff

SO ORDERED              By: _____
                              William R. Connor III
*Deborah A. Batts*               Wall Street Plaza
   U.S.D.J.  6/2/08              88 Pine Street
                                 New York, New York 10005
                                 212-376-6400

c:\documents and settings\etta\my documents\etta\wrconnor\64-07-857\voluntary dismissal 052908.doc